The Ibibio Trading Corporation, Limited, Inc., Appellant, v. West African American Corporation and Others, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

Winifred C. Sorensen, Respondent, v. William R. Collins, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

Seymour Bernstein, Appellant, v. Wylie Brown and Others, Respondents, Impleaded with Others, Defendants.— Judgment and order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

Frederick C. Stanclift and Others, Appellants, v. Charles F. Noyes Company, Inc., Respondent, Impleaded with Another, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of Harriet Delta Ellis and Henry B. Twombly, as Executors, etc., of Wilbur Dixon Ellis, Deceased. Abbie Elizabeth Wolfe Eyth, Appellant; Katherine Andrews True and Others, Appellants; Harriet Delta Ellis and Another, as Executors, etc., Petitioners, Respondents, and Marcus Gunn and Others.— Supplemental decree, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [178 Misc. 491.]

Morton S. Wolf, Appellant, v. George E. Roosevelt and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of Benjamin Salzer, an Executor, etc., of William Salzer, Deceased, to Discover Certain Property of the Decedent Claimed to Be Withheld. Benjamin Salzer, Petitioner, Respondent; Helen A. Maycrink, Appellant.— Order unanimously affirmed. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

Caroline S. Bonnell, Respondent, v. George P. P. Bonnell, Appellant.— Judgment unanimously modified by reducing amount of alimony to be paid to the plaintiff to the sum of $350 per month, and as so modified affirmed, without costs. Order entered January 29, 1942, dismissing the first, third and fourth defenses in the second amended answer unanimously affirmed, with twenty dollars costs and disbursements to the respondent. No opinion. Settle order on notice. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

Edward A. Greenspon, Appellant, v. E. R. Squibb & Sons, Respondent.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Untermyer, J., dissents and votes to reverse and grant a new trial.

Maude M. Bronson, Respondent, v. Edmund B. Bronson, Also Known as E. B. Bronson, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.